David S. Gregoire (SBN 198137)
Rachael Aguirre (SBN 227470)
Screen Actors Guild, Inc.
5757 Wilshire Blvd., 7th Floor
Los Angeles, Ca 90036-3600
Telephone: (323) 549-6628
Facsimile: (323) 549-6624
dgregoire@sag.org
raguirre@sag.org

**MADE JS-6**

Attorneys for Defendant Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLA RAY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL JACKSON (JOHN H. LAVELY); SONY BMG, SCREEN ACTORS GUILD, et al.,<br><br>    Defendants. | Case No.: CV08-04136 GW (PJWx)<br><br>**FINAL JUDGMENT [FED. R. CIV. P. 54(B)]** |

On November 20, 2008, this Court entered an Order granting Defendant Screen Actors Guild, Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, Or In The Alternative, For Judgment On the Pleadings. Therefore,

IT IS ADJUDGED that:

    1.    Defendant Screen Actors Guild, Inc. have judgment against Plaintiff Ola Ray, in this matter;

2. Plaintiff, Ola Ray, take nothing from Defendant, Screen Actors Guild, Inc.

Dated: December 3, 2008

_____

HONORABLE GEORGE H. WU

U.S. DISTRICT COURT JUDGE

-2-