1  JONATHAN M. TURNER, State Bar #102579
   ROBYN L. IKEHARA, State Bar #246375
2  EPSTEIN, TURNER & SONG
   A Professional Corporation
3  777 S. Figueroa Street, Suite 4950
   Los Angeles, California 90017
4  Telephone: (213) 861-7487 ✦ Facsimile: (213) 861-7488

5  Attorneys for Defendant
   SONY BMG MUSIC ENTERTAINMENT
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | **OLA RAY,** | ) | **Case No. CV08-04136 GW(PJWx)** |
   |              | ) | [The Hon. George H. Wu; Courtroom 10] |
12 |         Plaintiff, | ) | |
   |              | ) | *Complaint Filed:* June 23, 2008 |
13 |     vs.      | ) | |
   |              | ) | **FINAL JUDGMENT** |
14 | **MICHAEL JACKSON (JOHN H.** | ) | |
   | **LAVELY); SONY BMG; SCREEN** | ) | **[Fed. R. Civ. P. 54(b)]** |
15 | **ACTORS GUILD,** | ) | |
16 |         Defendant. | ) | |

S:\GW\CV CLOSED\Ray 08-4136\LA08CV04136GW-J.doc

1  On November 20, 2008, this Court entered an order granting Defendant Sony BMG
2  Music Entertainment's Motion for Judgment on the Pleadings.  Therefore,
3  IT IS ADJUDGED that:
4  1. Defendant Sony BMG Music Entertainment have judgment against Plaintiff
5  Ola Ray in this matter; and
6  2. Plaintiff Ola Ray take nothing from Defendant Sony BMG Music
7  Entertainment.

DATED: May 12, 2009

*[signature: George H. Wu]*
The Honorable George H. Wu
United States District Judge

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017